UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD SCARBROUGH, | No.  2:25-cv-1897-CKD P |
| Plaintiff, | |
| v. | ORDER AND |
| CITY OF SACRAMENTO SHERIFF'S DEPARTMENT, et al., | FINDINGS AND RECOMMENDATIONS |
| Defendants. | |

Plaintiff Leonard Scarbrough filed this case while in jail. He proceeds pro se and in forma pauperis under 42 U.S.C. § 1983. By order signed and filed on January 21, 2026, the court ordered plaintiff to provide the court with documents necessary for service of process on the defendant within 30 days. (ECF No. 10.) Plaintiff has not complied with the court's order, sought an extension of time to do so, or otherwise responded to the court's order. That court order was served on plaintiff's address of record and returned by the postal service. Plaintiff has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change. More than thirty days have passed since the court order was returned by the postal service and plaintiff has failed to notify the court of a current address. Accordingly, the case should be dismissed without prejudice for failure to prosecute. See Local Rule 183(b).

////

1

In accordance with the above, IT IS ORDERED that the Clerk of the Court shall assign a district judge to this case.

In addition, IT IS RECOMMENDED that this action be dismissed without prejudice for failure to prosecute. <u>See</u> Local Rule 183(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  April 1, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 scar1897.33a.fr

2