UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEONARD SCARBROUGH,

Plaintiff,

v.

CITY OF SACRAMENTO SHERIFF'S DEPARTMENT, et al.,

Defendants.

No. 2:25-cv-1897-DAD-CKD P

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING COMPLAINT WITHOUT PREJUDICE

(Doc. No. 11)

Plaintiff, a county inmate proceeding *pro se* and *in forma pauperis*, filed this civil rights action on July 7, 2025, seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On April 2, 2026, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed due to plaintiff's failure to prosecute after plaintiff failed to comply with the January 21, 2026 order requiring plaintiff to provide the court with documents necessary for service of process on the named defendants within 30 days of the service of that order. (Doc. No. 11) (citing Doc. No. 10).

Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days. (*Id.* at 2.) Plaintiff has not filed

/////

objections to the pending findings and recommendations and the time in which to do so has passed.

The court has reviewed the file and concludes that the findings and recommendations are supported by the record and by the magistrate judge's analysis.

Accordingly:

1. The April 2, 2026 findings and recommendations (Doc. No. 11) are adopted in full;
2. This action is dismissed without prejudice due to plaintiff's failure to prosecute. *See* Local Rule 183(b); and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 4, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE